**STATE of Missouri,
Plaintiff/Respondent,**

v.

**William SEECK, Defendant/Appellant.**

**No. 58652.**

Missouri Court of Appeals,
Eastern District,
Division One.

May 14, 1991.

Rehearing Denied June 12, 1991.

Marsha Brady, Hillsboro, for defendant/appellant.

William L. Webster, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

**ORDER**

PER CURIAM.

In this jury-tried case, defendant appeals his conviction for passing a bad check, in violation of § 570.120.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only,

setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).